**In re John MURKOWSKI, Robert Mesaros, and Larry Azzano.**

No. 2013–1436.

United States Court of Appeals, Federal Circuit.

April 21, 2014.

David K. Mroz, Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, of Washington, DC, argued for appellants. With him on the brief was J. Michael Jakes.

Benjamin T. Hickman, Associate Solicitor, United States Patent and Trademark Office, of Alexandria, Virginia, argued for

appellee. With him on the brief were Nathan K. Kelley, Solicitor, and Kristi L.R. Sawert, Associate Solicitor.

NEWMAN, PLAGER, and TARANTO, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**